# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-01382-PAB-KAS

DAVID N. ROBERTS,

                     Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,
LLC; and TRANS UNION, LLC,

                     Defendants.

---

## STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ADD PARTY

---

Plaintiff David N. Roberts ("Plaintiff"), Defendant Equifax Information Services, LLC ("Equifax"), and Defendant Trans Union, LLC ("Trans Union") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate to Plaintiff's request for leave to file the First Amended Complaint ("FAC"), attached hereto as **Exhibit A**, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.[1]. In support thereof, the Parties state as follows:

1. On April 1, 2026, Plaintiff commenced this action by filing a complaint (the "Complaint") against Defendants (Docket No. 1).

2. Defendants Trans Union and Equifax were served with a copy of the summons and complaint and filed their Answers to the Complaint on April 27, 2026 (Docket No. 14) and May 19, 2026 (Docket No. 17), respectively.

3. On May 28, 2026 Parties filed a Stipulated Motion to Continue the Scheduling/Planning Conference in this matter (Docket No. 18) which the Court granted on May

---

[1] Filed herewith as **Exhibit B** is a redlined version of the FAC that reflects the proposed changes.

1

22, 2026 (Docket No. 20), resetting the Scheduling/Planning Conference to July 27, 2026 at 11:30 a.m. Mountain Time, in Courtroom A 501, Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

4.      Plaintiff and Defendants have agreed to stipulate to allow Plaintiff to file a First Amended Complaint adding the United States Department of Education ("U.S. DE") as a Defendant, asserting Fair Credit Reporting Act ("FCRA") claims against it.

5.      Good cause exists for the requested amendment of the Complaint to add the U.S. ED as a party to this action exists because:

a)      There is a common nucleus of operative facts involving the same parties, the same evidence and similar legal theories and it will further the interests of judicial economy to have all of these disputes adjudicated in the same action here;

b)      This request is made in good faith and not for purposes of delay; and

c)      The requested continuance will not prejudice any party.

**WHEREFORE**, the Parties respectfully requests that the Court grant this Stipulated Motion for Leave to File the First Amended Complaint and add the United States Department of Education as a party to this action.


//

2

Respectfully submitted this 28th day of May 2026.

/s/ G. Thomas Martin, III
G. Thomas Martin, III, CA #218456
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Boulevard, Suite 300
Encino, California 91436
T: (323) 375-5151
F: (480) 613-7733
E: tmartin@consumerjustice.com

*Attorneys for Plaintiff David Roberts*

/s/ Heather H. Sharp
Heather H. Sharp
**SEYFARTH SHAW LLP**
1075 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30309
T: (404) 885-1500
E: hsharp@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

/s/ Paul W. Sheldon
Paul W. Sheldon
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER PC**
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
T: (214) 560-5453
E: psheldon@qslwm.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: /s/ Sierra M. Stewart
Sierra M. Stewart

3